UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY MONTGOMERY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:20-cv-316-TFM-C |
| | ) |
| **CENTRAL LOAN ADMINISTRATION** | ) |
| **& REPORTING, M&T BANK, and** | ) |
| **LAKEVIEW LOAN SERVICING, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on February 16, 2022, *see* Doc. 100, it is **ORDERED, ADJUDGED, and DECREED** that judgment is entered against the Plaintiff and in favor of Defendant M&T Bank.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Additionally, the Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 8th day of August, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE